■ TOWN OF MENDON, Appellant, v JOHN BARTHOLF, Respondent. [725 NYS2d 916] —Order and judgment unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: Because defendant has abandoned his counterclaims on appeal, we modify the order and judgment by granting plaintiff's motion in part and dismissing the counterclaims. (Appeal from Order and Judgment of Supreme Court, Monroe County, Siracuse, J.— Summary Judgment.) Present—Green, J. P., Pine, Hurlbutt, Kehoe and Burns, JJ.